UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOCKET NO.

DENISE COOKE,
    Plaintiff

    v.

MERCEDES-BENZ USA, LLC,
    Defendant

### DEFENDANT, MERCEDES-BENZ USA, LLC'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

Pursuant to the provisions of 28 U.S.C. §§ 1332(a), 1441(a) and 1446, defendant, Mercedes-Benz USA, LLC ("MBUSA" or "defendant") hereby removes this action to the United States District Court for the District of Connecticut from the State of Connecticut Superior Court, Judicial District of New Haven at New Haven. In support thereof, MBUSA respectfully states the following grounds for removal:

1.    Mercedes-Benz USA, LLC is the sole defendant in a civil action served on the defendant on June 24, 2013 and filed on June 28, 2013 by the plaintiff, Denise Cooke, captioned Denise Cook v. Mercedes-Benz, USA, LLC, Superior Court, Judicial District of New Haven at New Haven Civil Action No. ("Action"). Copies of the Summons, Complaint and Notice of Service of Process are attached as "Exhibit A".

2. The plaintiff alleges that she is a citizen of Branford in the State of Connecticut. Mercedes-Benz USA, LLC (MBUSA) is a Limited Liability Company organized under the laws of Delaware. MBUSA's principal place of business is in Montvale, New Jersey. MBUSA is a single-member LLC. MBUSA's sole member/owner is Daimler North America Corporation (DNAC). Like MBUSA, DNAC is organized under the laws of Delaware and its principal place of business is in Montvale, New Jersey.

3. This United States District Court has original jurisdiction in this Action where the parties to the Action are from different states and, based on plaintiff's allegations of lost income, medical expenses, and damages for pain and suffering, the amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000). The plaintiff, who asserts that she is a "television news anchor," alleges in her Complaint that she suffered significant personal injury and damages as a result of the negligence and carelessness of MBUSA including "headaches, injuries and discomfort in the neck and back." Plaintiff further alleges that she continues to suffer pain, that she "incurred and will continue to incur expenses for medical care, medicine, x-rays, etc., which has caused her loss," that as a result of the alleged misconduct of the defendant she lost time from work, and that she had to "cancel important media and publicity obligations." Exhibit A, Complaint at Paragraphs 3-4, 8, 11-13.

4. This Notice of Removal is filed within thirty (30) days after the receipt of the Summons and Complaint and the time for filing this Notice has not expired.

5. A true and correct copy of this Notice will be filed with the Clerk of the Connecticut Superior Court in New Haven, Connecticut as provided by law.

6. The defendant will request that the Clerk of the Superior Court in New Haven, Connecticut provide certified or attested copies of all records and proceedings in the Action and certified or attested copies of all docket entries thereon.  The defendant will cause such attested or certified copies of the state court record to be timely filed with this court.

7. Undersigned counsel for Mercedes-Benz USA, LLC is duly admitted to practice before this Court and signs this Notice of Removal in accordance with the requirements of F.R.C.P. 11.

        Respectfully submitted,
        Defendant, Mercedes-Benz USA, LLC.
        By its attorneys,

        /s/James P. Kerr_____
        James P. Kerr,
        Juris No. 424285
        Federal Bar Number ct24142
        jkerr@cornellgollub.com
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA  02110
        (617) 912-6552
        Fax: (617) 482-3917

CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for the defendant, Mercedes-Benz USA, LLC, hereby certify that on the 23rd day of July, 2013, a true copy of the foregoing Defendant, Mercedes-Benz USA, LLC's Notice of Removal to The United States District Court, will be sent electronically to registered

participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant, including:

Nicholas Mingione, Esq.
Fasano, Ippolito & Lee LLC
388 Orange Street
New Haven, CT  06511

                                /s/ James P. Kerr
                                James P. Kerr